IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| WADE McKINNEY, et al. | ) |
| | ) |
| v. | ) NO. 3:05-0607 |
| | ) JUDGE CAMPBELL |
| THE PRINCETON REVIEW, INC., | ) |
|    et al. | ) |

ORDER

Pending before the Court is Defendants' Motion to Dismiss or Stay Pending Arbitration (Docket No. 5). For the reasons stated in the accompanying Memorandum, Defendants' Motion is GRANTED, and this action is STAYED until completion of the pending arbitration. The Clerk is directed to close this file administratively, subject to being reopened upon motion of the parties.

The parties shall file a written Status Report with the Court on or before December 31, 2005.

IT IS SO ORDERED.

                                                    _____
                                                  TODD J. CAMPBELL
                                                  UNITED STATES DISTRICT JUDGE